**FILED**

**MAY 30 2012**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:12-2290 EDL

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY LITIGATION                MDL No. 2323

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –10)**

On January 31, 2012, the Panel transferred 3 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 20 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Anita B Brody.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Brody.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of January 31, 2012, and, with the consent of that court, assigned to the Honorable Anita B Brody.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**May 25, 2012**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 5-25-12

ATTEST: /s/

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

RECEIVED

MAR 3 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION
MDL 2323

Dear Clerk:

Enclosed is a Certified copy of a Conditional Transfer Order (CTO-10) issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the case(s) listed on the attached schedule to the ED-PA as part of the MDL 2323 assigned to the Honorable Anita B. Brody.

**Please docket this order on the cases listed on the attached schedule and notify our court by mailing us a certified copy of the docket when completed. We will then log onto pacer and print the case file. You will not be required to forward any documents to our district unless directed otherwise.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: Tom Dempsey
Tom Dempsey, Deputy Clerk
MDL Docketing Clerk

Enclosure